440 (Rev. 10/93) Summons in a Civil Action

CAME TO HAND ON 7-18-00 8:00 am

**RETURN OF SERVICE**

CAB-0090   2

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7-18-00 |
| NAME OF SERVER (PRINT) MARIO GONZALEZ | TITLE DEPUTY CONSTABLE PCT 2 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: (JAVIER L. MARTINEZ) AT (JEFFERSON ELECTRIC) Place of Employment 300 MAGNETEK Drive Brownsville, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

United States District Court
Southern District of Texas
FILED

JUL 31 2000

Michael N. Milby
Clerk of Court

☐ Other (specify): ____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-18-00
           Date

Signature of Server: *Mario Gonzalez*

974 E. HARRISON Brownsville, TEXAS 78521
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.