UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 5  2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| vs. | §    C.A. No.: B-00-090 |
| | §    (Claim No. C99-14629) |
| JAVIER L. MARTINEZ, | § § |
| Defendant. | § |

## REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Javier L. Martinez, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on June 19, 2000. Defendant was personally served with a copy of the Citation and Summons on July 18, 2000, by Deputy Constable Mario Gonzalez, which executed summons was filed with the Court on or about July 31, 2000.

2. As of August 25, 2000 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____

M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent on August 30, 2000, to:

Javier L. Martinez
154 D Street
Brownsville, Texas 78520

M.H. Cersonsky

c:\My Documents\DOJ\Judgments\Default Judgments\Brownsville.Form\Javier Martinez.Req
Page 2